708

Commonwealth ex rel. Willis, Appellant, *v.* Russell.

Submitted November 14, 1966. *George V. Willis,* appellant, in propria persona; *W. Thomas Malcolm,* District Attorney, for appellee.
Order affirmed.

Commonwealth *v.* Alberti, Appellant.

Submitted November 14, 1966. *Charles Alberti,* appellant, in propria persona; *Edward J. Tocci,* Assistant District Attorney, for Commonwealth, appellee.
Order affirmed.

Commonwealth *v.* Banks, Appellant.

Submitted November 14, 1966. *Lawrence M. Banks,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.
Order affirmed.

Commonwealth *v.* Bankston, Appellant.

Submitted November 14, 1966. *John J. Cohen,* for appellant; *Charles B. Watkins* and *Edwin J. Martin,* As-